CLOSED, CV, JRTLC1

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04689-JRT-FLN**

Swafford v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Demand: $0
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 11/26/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nancy Swafford** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 17866.) assigned to Judge John R Tunheim per Master List referred to Magistrate Judge Franklin L Noel., filed by Nancy Swafford. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 11/26/2007) |
| 11/26/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 11/26/2007) |
| 01/17/2008 | 2 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-12) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 01/23/2008) |
| | | |

| | | |
|---|---|---|
| 01/23/2008 | | NOTICE to Attorney: Case #07-4689 JRT/FLN has been transferred to the District of Rhode Island pursuant to CTO-12. (kt) (Entered: 01/23/2008) |